FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 APR 22 PM 5: 22

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALONDRA M. REBOLLEDO,

Defendant.

8:15CR 140

INDICTMENT
21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

The Grand Jury charges that:

<u>COUNT I</u>

On or about January 23, 2015, in the District of Nebraska, ALONDRA M. REBOLLEDO, Defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

DOUGLAS J. AMEN
Special Assistant United States Attorney