IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALONDRA M. REBOLLEDO,

Defendant.

8:15CR140

MOTION TO CONTINUE
SUPPRESSION HEARING

COMES NOW the Plaintiff, by and through the undersigned Special Assistant United States Attorney, and moves the Court for an Order continuing the motion to suppress hearing currently scheduled in the above-captioned matter. In support of this Motion, the Plaintiff shows to the Court as follows:

1.   That the hearing in this matter is set for June 9, 2015;

2.   The undersigned has been doing trial prep and has trial beginning on June 1, 2015;

3.   The undersigned needs additional time to research the issues by the defendant regarding the motion to suppress and write the government's response brief;

4.   Counsel for the defendant has no objections to this continuance.

WHEREFORE, The Plaintiff prays for an Order continuing the motion to suppress hearing in this case for a period of at 9 days until June 18, 2015.

Respectfully submitted,

DEBORAH R. GILG
United States Attorney

By:      s/Douglas J. Amen_____
DOUGLAS J. AMEN, #25202
Special Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
Phone: (402) 661-3700

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: attorney on record.

s/Douglas J. Amen_____
DOUGLAS J. AMEN
Special Assistant U.S. Attorney

2