IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

ALONDRA M. REBOLLEDO,

           Defendant.

**EXHIBIT LIST**

Case No.    8:15CR140
Deputy:     Sara Pankoke
Reporter:   Digital Recorder
Date:       July 02, 2015

| PLF | DFT | 3 | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | DVD | X | | X | | 7/2/2015 |
| 2 | | | DVD | X | | X | | 7/2/2015 |
| | | | | | | | | |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)