IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>ALONDRA M. REBOLLEDO,<br><br>     Defendant. | **WITNESS LIST**<br><br>Case No. 8:15CR140<br>Deputy:  Sara Pankoke<br>Reporter: Digital Recorder<br>Date:   July 02, 2015 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Mark Plowman | July 2, 2015 |
| | |

FOR DEFENDANT:

| Name | Date |
|---|---|
| | |
| | |