IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:15CR140
                               )
      v.                       )
                               )
ALONDRA M. REBOLLEDO,          )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the findings and recommendation of the magistrate judge (Filing No. 24), recommending that defendant's motion to suppress be denied. No objections have been filed. The Court has reviewed the transcript and the briefs of the parties, and finds the findings and recommendation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) Defendant's motion to suppress (Filing No. 12) is denied.

DATED this 6th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court